IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WENDY M. AYLWORTH,            )
                              )
      *Plaintiff*,           )
                              )
v                             )      Case No.:  25-1005-EFM
                              )
CITY OF WICHITA,              )
SEDGWICK COUNTY, KANSAS,      )
and BETH NORDICK,             )
                              )
      *Defendants*.         )
_____)

**ORDER**

    Plaintiff filed a pro se complaint on January 13, 2025, along with a Motion for leave to proceed in forma pauperis.  The assigned Magistrate Judge reviewed that motion, and pursuant to 18 U.S.C. § 1915, also evaluated whether the case should be dismissed by the Court.  Pursuant to the review, on May 19, 2025 the Magistrate Judge issued a Report and Recommendation that, among other items, recommended the case be dismissed.  A copy of that recommendation was mailed to the Plaintiff by certified mail on that same date.  Plaintiff was given fourteen days after being served a copy of the report in which to make written objections and was warned that failure to make a timely objection would waive review.

    A returned certified mail receipt signed by Plaintiff was received by the Court on June 2, 2025.  Although the return receipt did not reflect a date it was received, it obviously was received by Plaintiff prior to the June 2 date when the Court received the signed receipt in the mail.  Therefore, according to the terms of the report, Plaintiff's response was due no later than June 16, 2025. On June 16, Plaintiff filed a motion for extension of time to file a response, which

the Court granted, giving her until July 16, 2025 in which to file a response. No written objections were received on that date, or thereafter.

The Court has reviewed the Report and Recommendation and finds that it is legally and factually sound. The Court therefore adopts the Report and Recommendation in full, and orders this case dismissed.

**IT IS THEREFORE ORDERED** the Report and Recommendation filed by Magistrate Judge Birzer, Doc. 5, is ADOPTED IN ITS ENTIRETY and this case is closed.

**IT IS SO ORDERED**.

Dated this 25th day of July, 2025.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE